*Attachment 2*

# **SERVICE LIST**

Joseph Schodowski (WSBA #42910)
Schodowski Law, Inc. PS
210 Polk Street, Suite 8
Port Townsend, WA 98368
Tel: (360) 821-8873
Fax: (888) 474-1035
E-mail: joe@schodowskilaw.com
*Attorneys for Plaintiffs*


Ryan D. Dreveskracht (WSBA #42593)
Galanda Broadman, PLLC
8606 35th Ave NW, Apt. Lw1
Seattle, WA 98115
Tel: (206) 909-3842
Fax: (206) 299-7690
E-mail: ryan@galandabroadman.com
*Attorneys for Plaintiffs*


Robert L. Bowman (WSBA #40079)
Samantha K. Pitsch (WSBA #54190)
Stokes Lawrence, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Tel:  (206) 626-6000
Fax:  (206) 464-1496
E-mail:  robert.bowman@stokeslaw.com
E-mail:  samantha.pitsch@stokeslaw.com
*Attorneys for Defendant H.I.G. Capital, LLC*


Jonathan Ballard (WSBA #48870)
Fox Ballard, PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
Tel: (206) 800-2723
Fax: (206) 800-2728
E-mail: jonathan@foxballard.com
*Attorneys for Defendant Wellpath*

John E. Justice (WSBA #23042)
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
P.O. Box 11880
Olympia, WA 98508
Tel: (360) 764-7727
Fax: (360) 357-3511
E-mail: jjustice@lldkb.com
*Attorneys for Defendant County of Clallam and individual Defendants Bill Benedict, Don Wenzl, Tyler Cortani, Kristin Michelle Puhl, Edward S. Beretta, Linsay Jane Monaghan, and Tamara Vanover*