| | |
|---|---|
| 1 | HONORABLE BENJAMIN H. SETTLE |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BONES, in her Personal Capacity, and as Personal Representative of the Estate of JOSHUA BONES, deceased; C.G., a minor, by and through his Guardian, SARAH BONES; and T.G., a minor, by and through his Guardian, SARAH BONES, | Case No.: 2:24-CV-00110 |
| | VERIFICATION OF THE STATE COURT RECORD |
| Plaintiffs,<br>v. | Jefferson County Superior Court<br>Case No. 24-2-00009-16 |
| H.I.G. CAPITAL, LLC; WELLPATH; COUNTY OF CLALLAM, WASHINGTON, a Political Subdivision of the State of Washington; BILL BENEDICT; DON WENTZEL; TYLER CORTANI; LETICIA RUBALCAVA; KRISTIN MICHELLE PUHL; ALICIA C. LONG; EDWARD S. BERETTA; LINSEY JANE MONAGHAN; TAMARA VANOVER; KATHERINE E. JONES; and JOHN DOES 1-10, | |
| Defendants. | |

STATE OF WASHINGTON  )
                     ) ss:
COUNTY OF JEFFERSON  )

I, Robert L. Bowman, am of lawful age, being sworn upon oath, deposes and says:

1. I am an attorney with the firm Stokes Lawrence, P.S., attorneys of record for H.I.G. Capital, LLC.

VERIFICATION OF STATE COURT RECORDS - 1

2. As of February 8, 2024 the state court record of the above-entitled case, Jefferson County Superior Court Cause No. 24-2-00009-16, contained the following pleadings and documents:

| Dkt. No. | Pleading Title |
|---|---|
| 1 | Summons |
| 2 | Complaint for Damages - Demand for Jury Trial |
| 3 | Declaration of Service on H.I.G. Management |
| 4 | Declaration of Service on Wellpath |
| 5 | Notice of Appearance of John Justice |
| 6 | Notice of Appearance of Jonathan Ballard |
| 7 | Notice of Filing Petition for Removal to U.S. District Court |

3. Attached hereto are true and correct copies of items 1-7 above.

4. In accordance with LCR 101(b), this Court is in possession of all records and proceedings in the state court, together with defense counsel's verification that they are true and complete copies of all the records and proceedings in the state court proceeding, as of the date of this filing.

DATED this 8th day of February 2024.

STOKES LAWRENCE, P.S.

By: /s/ Robert L. Bowman
Robert L. Bowman (WSBA #40079)

By: /s/ Samantha K. Pitsch
Samantha K. Pitsch (WSBA #54190)

1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Tel: (206) 626-6000
Fax: (206) 464-1496
E-mail: robert.bowman@stokeslaw.com
E-mail: samantha.pitsch@stokeslaw.com

*Attorneys for Defendant H.I.G. Capital, LLC*