Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BONES, in her Personal Capacity, and as Personal Representative of the Estate of JOSHUA BONES, deceased; C.G., a minor, by and through his Guardian, SARAH BONES; and T.G., a minor, by and through his Guardian, SARAH BONES,<br><br>Plaintiffs,<br><br>vs.<br><br>H.I.G. CAPITAL, LLC; WELLPATH; COUNTY OF CLALLAM, WASHINGTON, a Political Subdivision of the State of Washington; BILL BENEDICT; DON WENTZEL; TYLER CORTANI; LETICIA RUBALCAVA; KRISTIN MICHELLE PUHL; ALICIA C. LONG; EDWARD S. BERETTA; LINSEY JANE MONAGHAN; TAMARA VANOVER; KATHERINE E. JONES; and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-00110<br><br>DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT |

Defendants Wellpath LLC (erroneously identified as "Wellpath") and Alicia C. Long (collectively "Wellpath Defendants) —by and through its attorneys of record, Jonathan D. Ballard and Ross C. Taylor of Fox Ballard PLLC—in answer to Plaintiff's Complaint, admits, denies, and alleges as follows:



# I. PARTIES

In answer to Paragraph 1, Wellpath Defendants object as scandalous the allegations referring to allegations that Joshua R. Bones was needlessly killed by Defendants' acts and omissions. To the extent a response is required, Wellpath Defendants deny the allegations. As to the remainder of the allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 2, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 3, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 4, Wellpath Defendants admit that it contracted to provide medical health care services at the Clallam County Jail. As to the remainder of the allegations, Wellpath Defendants object to the extent the allegations call for legal conclusions. To the extent a response is required, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis denies the same.

In answer to Paragraph 5, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 6, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 7, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 8, Wellpath Defendants deny that Alicia C. Long is an employee or subcontractor of Clallam County. As to the remainder of the allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 9, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

In answer to Paragraph 10, Wellpath Defendants object as scandalous the allegations that Wellpath arose from the ashes of a separate entity. To the extent a response is required, Wellpath Defendants admit that Wellpath LLC is a successor company of Correct Care Solutions. As to the remainder of the allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 11, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 12, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 13, Wellpath Defendants object as scandalous the allegations referring to a body count. To the extent a response is required, Wellpath Defendants deny the allegations. As to the remainder of the allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 14, Wellpath Defendants admit that Wellpath LLC is headquartered in Nashville, Tennessee. As to the remainder of the allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 15, Wellpath Defendants object as scandalous the allegations referring to allegations of paying bribes to secure contracts and a related criminal conviction. To the extent a response is required, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.  As to the remainder of the allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 16, Wellpath Defendants object to the allegations as scandalous. To the extent a response is required, Wellpath Defendants deny the allegations.

In answer to Paragraph 17, Wellpath Defendants object to the allegations as scandalous. To the extent a response is required, Wellpath Defendants deny the allegations.

DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT - 3

FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

1    In answer to Paragraph 18, Wellpath Defendants object to the allegations as scandalous. To the extent a response is required, Wellpath Defendants deny the allegations.

In answer to Paragraph 19, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 20, Wellpath Defendants deny that unconstitutional practices, customs, and polices in Clallam County resulted in Mr. Bones' death. As to the remainder of the allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 21, Wellpath Defendants deny the allegations.

In answer to Paragraph 22, Wellpath Defendants deny the allegations.

In answer to Paragraph 23, Wellpath Defendants deny the allegations.

In answer to Paragraph 24, Wellpath Defendants deny the allegations.

In answer to Paragraph 25, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 26, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 27, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 28, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 29, Wellpath Defendants deny unconstitutional conduct, practices, customs, and polices causing harm. As to the remainder of the allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 30, Wellpath Defendants object to the extent the allegations call for legal conclusions.  To the extent a response is required, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis denies the same.

DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT - 4



1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

1    In answer to Paragraph 31, Wellpath Defendants admit that it contracted to provide medical health care services at the Clallam County Jail. As to the remainder of the allegations, Wellpath Defendants deny the allegations.

In answer to Paragraph 32, Wellpath Defendants object to the extent the allegations call for legal conclusions. To the extent a response is required, Wellpath Defendants deny the allegations.

In answer to Paragraph 33, Wellpath Defendants deny the allegations.

In answer to Paragraph 34, Wellpath Defendants deny the allegations.

In answer to Paragraph 35, Wellpath Defendants deny the allegations.

In answer to Paragraph 36, Wellpath Defendants deny the allegations.

In answer to Paragraph 37, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 38, Wellpath Defendants deny the allegations.

In answer to Paragraph 39, Wellpath Defendants deny unconstitutional actions and inactions causing harm. As to the remainder of the allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 40, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 41, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

## II.    JURISDICTION AND VENUE

In answer to Paragraph 42, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 43, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 44, Wellpath Defendants object to the extent the allegations call for legal conclusions. To the extent a response is required, Wellpath Defendants do not object



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

1 to jurisdiction and venue in the United States District Court for the Western District. As to any
2 remaining allegations, Wellpath Defendants deny the allegations.

### III.    FACTS

In answer to Paragraph 45, Wellpath Defendants deny the allegations.

In answer to Paragraph 46, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 47, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 48, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 49, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 50, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 51, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 52, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 53, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 54, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 55, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 56, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT - 6


FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

In answer to Paragraph 57, Wellpath Defendants deny that Defendant Rubalcava was an employee of Wellpath LLC. As to the remainder of the allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 58, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 59, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 60, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 61, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 62, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 63, Wellpath Defendants admit that Defendant Long was an employee of Wellpath LLC on October 31, 2022. As to the remainder of the allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 64, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 65, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 66, Wellpath Defendants deny the allegations.

In answer to Paragraph 67, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 68, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT - 7

FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

1  In answer to Paragraph 69, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 70, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 71, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 25 [sic 72], Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 26 [sic 73], Wellpath Defendants deny the allegations.

In answer to Paragraph 27 [sic 74], Wellpath Defendants deny the allegations.

In answer to Paragraph 28 [sic 75], Wellpath Defendants deny the allegations.

In answer to Paragraph 29 [sic 76], Wellpath Defendants deny the allegations.

In answer to Paragraph 30 [sic 77], Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 31 [sic 78], Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 32 [sic 79], Wellpath Defendants deny the allegations.

In answer to Paragraph 33 [sic 80], Wellpath Defendants deny the allegations.

In answer to Paragraph 34 [sic 81], Wellpath Defendants deny the allegations.

In answer to Paragraph 35 [sic 82], Wellpath Defendants deny the allegations.

In answer to Paragraph 36 [sic 83], Wellpath Defendants deny the allegations.

In answer to Paragraph 37 [sic 84], Wellpath Defendants deny the allegations.

In answer to Paragraph 38 [sic 85], Wellpath Defendants deny the allegations.

In answer to Paragraph 39 [sic 86, Wellpath Defendants deny the allegations.

In answer to Paragraph 40 [sic 87], Wellpath Defendants deny the allegations.

//

//

DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT - 8

FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

### IV. FIRST CAUSE OF ACTION – NEGLIGENCE

In answer to Paragraph 41 [sic 88], Wellpath Defendants object to the extent the allegations call for legal conclusions. To the extent a response is required, Wellpath Defendants deny Plaintiff's characterization of duty. As to any remaining allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis denies the same.

In answer to Paragraph 42 [sic 89], Wellpath Defendants object to the extent the allegations call for legal conclusions. To the extent a response is required, Wellpath Defendants deny Plaintiff's characterization of duty. As to any remaining allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis denies the same.

In answer to Paragraph 43 [sic 90], Wellpath Defendants object to the extent the allegations call for legal conclusions. To the extent a response is required, Wellpath Defendants deny Plaintiff's characterization of duty. As to any remaining allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis denies the same.

In answer to Paragraph 44 [sic 91], Wellpath Defendants deny the allegations.

In answer to Paragraph 45 [sic 92], Wellpath Defendants deny the allegations.

In answer to Paragraph 46 [sic 93], Wellpath Defendants deny the allegations.

In answer to Paragraph 47 [sic 94], Wellpath Defendants deny the allegations.

In answer to Paragraph 48 [sic 95], Wellpath Defendants deny the allegations.

In answer to Paragraph 49 [sic 96], Wellpath Defendants deny the allegations.

In answer to Paragraph 50 [sic 97], Wellpath Defendants deny the allegations.

In answer to Paragraph 51 [sic 98], Wellpath Defendants deny the allegations.

In answer to Paragraph 52 [sic 99], Wellpath Defendants deny the allegations.

In answer to Paragraph 53 [sic 100], Wellpath Defendants deny the allegations.



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

In answer to Paragraph 54 [sic 101], Wellpath Defendants object to the extent the allegations call for legal conclusions. To the extent a response is required, Wellpath Defendants deny Plaintiff's characterization of duty. As to any remaining allegations, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis denies the same.

## V.   SECOND CAUSE OF ACTION – 42 U.S.C. § 1983

In answer to Paragraph 55 [sic 102], Wellpath Defendants deny the allegations.

In answer to Paragraph 56 [sic 103], Wellpath Defendants object to the extent the allegations call for legal conclusions. To the extent a response is required, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis denies the same.

In answer to Paragraph 57 [sic 104], Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

In answer to Paragraph 58 [sic 105], Wellpath Defendants deny the allegations.

In answer to Paragraph 59 [sic 106], Wellpath Defendants deny the allegations.

In answer to Paragraph 60 [sic 107], Wellpath Defendants deny the allegations.

In answer to Paragraph 61 [sic 108], Wellpath Defendants deny the allegations.

In answer to Paragraph 62 [sic 109], Wellpath Defendants deny the allegations.

In answer to Paragraph 63 [sic 110], Wellpath Defendants deny the allegations.

In answer to Paragraph 64 [sic 111], Wellpath Defendants deny the allegations.

In answer to Paragraph 65 [sic 112], Wellpath Defendants deny the allegations.

In answer to Paragraph 66 [sic 113], Wellpath Defendants deny the allegations.

In answer to Paragraph 67 [sic 114], Wellpath Defendants deny the allegations.

## VI.   THIRD CAUSE OF ACTION – 42 U.S.C. § 1983

In answer to Paragraph 68 [sic 115], Wellpath Defendants refer to and incorporates its responses to the preceding paragraphs.

DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT - 10



1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

1  In answer to Paragraph 69 [sic 116], Wellpath Defendants object to the extent the allegations call for legal conclusions. To the extent a response is required, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis denies the same.

In answer to Paragraph 70 [sic 117], Wellpath Defendants object to the extent the allegations call for legal conclusions. To the extent a response is required, Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis denies the same.

In answer to Paragraph 71 [sic 118], Wellpath Defendants are without sufficient knowledge or information to either admit or deny, and on that basis, denies the same.

## VI.   JURY DEMAND

This section of Plaintiff's Complaint is a jury demand, to which no response is required. To the extent a response is required, Wellpath Defendants demand a jury.

## VII.   PLAINTIFF'S PRAYER FOR RELIEF

This section of Plaintiff's Complaint is a request for relief, to which no response is required. To the extent a response is required, Wellpath Defendants deny Plaintiffs are entitled to relief.

## VIII.   AFFIRMATIVE DEFENSES

By way of further answer and by way of affirmative defense, Wellpath Defendants alleges and states as follows:

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint and each and every cause of action purported to be set forth therein, fails to allege facts sufficient to state a claim against Wellpath Defendants upon which relief can be granted.

//

// 

// 

DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT - 11

FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

## SECOND AFFIRMATIVE DEFENSE

The incident involved herein and any resulting injuries or damages, if any, were caused or contributed by acts and/or omissions of third parties over whom Wellpath Defendants had no control.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claim is barred or should be reduced according to the principles of comparative fault.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their damages, if any.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were not proximately caused by an act or omission of Wellpath Defendants.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused by an intervening superseding cause.

## SEVENTH AFFIRMATIVE DEFENSE

Wellpath Defendants are entitled to qualified immunity.

## EIGHTH AFFIRMATIVE DEFENSE

At all material times herein, Wellpath Defendants acted in good faith in its performance of its duties and is, therefore, immune from suit.

## IX.   RESERVATION OF RIGHTS

All possible affirmative defenses may not have been alleged herein, insofar as sufficient facts were not available after reasonable inquiry upon the filing of Wellpath Defendants' Answer and, therefore, Wellpath Defendants reserve the right to amend its Answer to allege additional affirmative defenses if subsequent investigation so warrants.

## X.   PRAYER FOR RELIEF

WHEREFORE, having fully answered Plaintiff's Complaint, Wellpath Defendants request relief as follows:

DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT - 12



1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

1. Dismissal of Plaintiff's Complaint with prejudice;

2. That Plaintiffs recover nothing by way of their Complaint;

3. An award of attorney fees and costs to the extent allowed by law; and,

4. For such further and other relief as this Court deems just and equitable.

DATED this Thursday, February 29, 2024.

                        FOX BALLARD PLLC

                        By: _____
                        Jonathan D. Ballard, WSBA No. 48870
                        Ross C. Taylor, WSBA No. 48111
                        Attorneys for Wellpath LLC and Alicia C. Long

DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT - 13

FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

## **DECLARATION OF SERVICE**

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the foregoing **DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT** to be served via the methods below on this Thursday, February 29, 2024, on the following counsel/party of record:

| | |
|---|---|
| Joseph Schodowski, WSBA # 42910<br>Schodowski Law, Inc, PS<br>210 Polk Street, Suite 8<br>Port Townsend, WA 98368<br><br>Ryan D. Dreveskracht, WSBA # 42593<br>Galanda Broadman, PLLC<br>P.O. Box 15146<br>Seattle, WA 98115<br><br>***Attorneys for Plaintiff*** | ☐ via U.S. Mail, first class, postage<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via E-Service<br>☐ via E-mail:<br>joe@schodowskilaw.com<br>rebecca@schodowskilaw.com<br>ryan@galandabroadman.com |
| John E. Justice, WSBA # 23042<br>Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.<br>P.O. Box 11880, Olympia, WA 98508<br><br>***Attorney for Defendants Clallam County, Bill Benedict, Don Wenzl, Tyler Cortani, Kristin Michelle Puhl, Edward S. Berretta, Linsay Jane Monoghan, and Tamara Vanover*** | ☐ via U.S. Mail, first class, postage<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via E-Service<br>☐ via E-mail:<br>jjustice@lldkb.com<br>lisa@lldkb.com<br>tam@lldkb.com<br>tmonroe@lldkb.com |
| Robert L. Bowman, WSBA # 40079<br>Samantha K. Pitsch, WSBA # 54190<br>Stokes Lawrence, P.S.<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101-2393<br><br>***Attorneys for Defendant H.I.G. Capital, LLC*** | ☐ via U.S. Mail, first class, postage<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via E-Service<br>☐ via E-mail:<br>robert.bowman@stokeslaw.com<br>samantha.pitsch@stokeslaw.com |

//

//

//

DEFENDANTS WELLPATH LLC AND ALICIA C.
LONG'S ANSWER TO COMPLAINT - 14



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

Signed at Seattle, WA on this Thursday, February 29, 2024.

*Eric Hufnagel*
Eric Hufnagel, Legal Secretary
FOX BALLARD PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
Main: (206) 800-2727
Fax: (206) 800-2728
eric@foxballard.com

DEFENDANTS WELLPATH LLC AND ALICIA C. LONG'S ANSWER TO COMPLAINT - 15



1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
949 Market Street, Suite 710 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com